NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

14-635 consolidated with 14-607, 14-317, and CW 14-95

MAURICE FONTENOT, ET UX

VERSUS

JARRED LEVAR STEVENS, ET AL.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2009-1900
HONORABLEWILFORD D. CARTER, DISTRICT JUDGE

**********

SHANNON J. GREMILLION
JUDGE

**********

Court composed of Shannon J. Gremillion, Phyllis M. Keaty, and John E. Conery, Judges.

REMANDED WITH INSTRUCTIONS.

Steven Broussard
Randall Earl Hart
Broussard & Hart, LLC
1301 Common St.
Lake Charles, LA 70601
(337) 439-2450
COUNSEL FOR PLAINTIFFS/APPELLEES:
    Maurice Fontenot
    Susan Melton Fontenot

**Michael Royce Sistrunk**
**Matthew J. Garver**
**Lou Anne Milliman**
**Lynda A. Tafaro**
**McCranie, Sistrunk, Anzelmo, Hardy,**
     **McDaniel, & Welch, LLC**
**195 Greenbriar Blvd, Ste 200**
**Covington, LA 70433**
**(504) 831-0946**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
     **Republic Fire and Casualty Insurance Company**
     **Carl's Rentals**

**GREMILLION, Judge.**

For the reasons expressed in *Maurice Fontenot, et ux v. Jarred Levar Stevens, et al.*, 14-607 (La.App. 3 Cir. ___/___/___), (unpublished), the matter is remanded for action consistent therewith.

 **REMANDED WITH INSTRUCTIONS.**